IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-75-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DESMON TERRILL BARNHILL, | ) | |
| | ) | |
| Defendant. | ) | |

On June 7, 2011, defendant filed a motion to modify his conditions of detention [D.E. 62].

The court has considered the motion, and the motion is DENIED.

SO ORDERED. This 9 day of June 2011.

JAMES C. DEVER III
United States District Judge