IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-75-D
No. 7:14-CV-24-D

| | | |
|---|---|---|
| DESMON TERRILL BARNHILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On August 28, 2014, Desmon Terrill Barnhill ("Barnhill") filed a motion for reconsideration. See [D.E. 193]. The motion concerns this court's order of August 11, 2014, granting the respondent's motion to dismiss Barnhill's petition under 28 U.S.C. § 2255. See [D.E. 190].

The court has considered the motion for reconsideration under the governing standard. See, e.g., Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). The motion [D.E. 193] lacks merit and is DENIED.

SO ORDERED. This _8_ day of October 2014.

JAMES C. DEVER III
Chief United States District Judge