UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Desmon Terrill Barnhill             Docket No. 7:10-CR-75-1D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Desmon Terrill Barnhill, who, upon an earlier plea of guilty to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to Possess with the Intent to Distribute and Distribute 500 Grams or More of Cocaine, in violation 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 16, 2012, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Barnhill was released from custody on March 11, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Barnhill was ordered to make monthly installment amount of $75. Since his release on supervision, he has obtained employment and has made efforts to support his wife and three children. Based on the defendant's current financial situation it is respectfully requested that the court consider lowering the defendant's monthly installment amount to $25. He is currently making consistent payments towards his restitution balance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make monthly installments of $25.00 until the balance of his restitution obligation has been satisfied.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2034<br>Executed On: May 24, 2022 |

Desmon Terrill Barnhill
Docket No. 7:10-CR-75-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___25___ day of ___May___, 2022, and ordered filed and made a part of the records in the above case.

_____/s/ J. Dever_____
James C. Dever III
U.S. District Judge