# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



150 Rowan Street, Suite 110  
Fayetteville, NC 28301-4920  
Phone: 910-354-2538  
Fax: 910-483-2690

**DATE:** December 4, 2025

**FROM:** Keith W. Lawrence  
Supervisory U.S. Probation Officer

**SUBJECT:** **BARNHILL, Desmon Terrill**  
**Case No.: 7:10-CR-75-1D**  
**Request for Early Termination**

**TO:** James C. Dever III  
United States District Judge

On February 16, 2012, Desmon Terrill Barnhill was convicted of Counts 6, 8 – Distribute a Quantity of Cocaine and Count 1 – Conspiracy to Possess With the Intent to Distribute and Distribute 500 Grams or More of Cocaine. Mr. Barnhill appeared in United States District Court for the Eastern District of North Carolina and received 180 months imprisonment, followed by five years of supervised release. He began supervision on March 11, 2022.

Mr. Barnhill has performed satisfactorily on supervision. He has submitted to DNA testing and has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been on our low-risk supervision program since November 16, 2022. All drug screens have been negative. Mr. Barnhill is also gainfully employed. He has a restitution balance of $7,975.59; however, it is noted that an Agreed Order for Payment ($25 per month) was filed with the court on October 31, 2024. His term of supervision is set to expire on March 10, 2027.

The probation office respectfully requests early termination. It is noted that on December 11, 2024, a Request for Early Termination was submitted; however, the court disagreed with the recommendation. Inasmuch as the court noted the request could be reconsidered in December 2025, the request is now being resubmitted. Please indicate the court's preference by marking the appropriate selection below.

---

☐ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____           _____
James C. Dever III                                                    Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　Crim. No. 7:10-CR-75-1D

DESMON TERRILL BARNHILL

On March 11, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2538
Executed On: December 4, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __4__ day of __December__, 2025.

James C. Dever III
U.S. District Judge